**DISMISS and Opinion Filed July 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00484-CV

**RICHARD D. YOUNG, Appellant**
**V.**
**ROBIN GIBBS AND KARL ADAMS, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01463-E**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Lang
Opinion by Justice Bridges

The Dallas County Clerk's office informed this Court that it would not be filing the clerk's record because appellant had filed with the trial court a document entitled "Defendant's Notice to Withdraw Appeal." By letter dated June 27, 2016, we instructed appellant to file, by July 5, 2016, either written verification that he has requested preparation of the clerk's record or a motion to dismiss the appeal. We cautioned appellant that failure to comply with the Court's instructions may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). As of today's date, appellant has not complied. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

160484F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RICHARD D. YOUNG, Appellant

No. 05-16-00484-CV      V.

ROBIN GIBBS AND KARL ADAMS,
Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-16-01463-E.
Opinion delivered by Justice Bridges.
Chief Justice Wright and Justice Lang
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees ROBIN GIBBS AND KARL ADAMS recover their costs of this appeal from appellant RICHARD D. YOUNG.

Judgment entered July 26, 2016.